UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
BOARDS OF TRUSTEES OF THE CEMENT          )
MASONS & PLASTERERS HEALTH &              )
WELFARE TRUST, et al.,                    )
                                          )   Case No. C24-160RSL
                    Plaintiffs,           )
         v.                               )
                                          )   ORDER TO SHOW CAUSE
TYEE CONCRETE CONSTRUCTION, INC.,         )
                                          )
                    Defendant.            )
_____ )

On February 28, 2024, the Court issued an order requiring the parties to file a Joint Status Report by March 27, 2024. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, April 18, 2024, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of February 28, 2024. The Clerk is directed to place this Order to Show Cause on the Court's calendar for April 19, 2024.

DATED this 2nd day of April, 2024.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE