UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br>v.<br><br>TYEE CONCRETE CONSTRUCTION, INC., Contractor's License No. TYEECCI994K5, UBI No. 602 123 519,<br><br>Defendant. | NO. 2:24-cv-00160-RSL<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT AND ACTION WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTIES |

This Stipulated Dismissal is entered into between Plaintiffs and Defendant Tyee Concrete Construction, Inc.

The parties hereby stipulate to a judgment of dismissal of all claims against Defendant Tyee Concrete Construction, Inc. with prejudice and without costs or attorney fees to any parties.

MOTION FOR VOLUNTARY DISMISSAL - 1
CAUSE NO. 2:24-cv-00160-RSL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1     DATED this 31st day of March, 2025.

2 Stipulated by:

3

4 Barlow Coughran                          Littler Mendelson, P.C.
Morales & Josephson, P.S.             Attorneys for Defendant
Attorneys for Plaintiff Trust Funds

5

6 /s/ Noelle E. Dwarzski                /s/ Jordan T. Wada (with permission)
Noelle E. Dwarzski, WSBA #40041

7 noelled@bcmjlaw.com                  Jordan T. Wada, WSBA #54937
                                                jwada@littler.com

8 BARLOW COUGHRAN MORALES
& JOSEPHSON, P.S.                   LITTLER MENDELSON, P.C.

9 1325 Fourth Avenue, Suite 910        One Union Square
Seattle, WA 98101                      600 University Street, Suite 3200

10 Telephone:   206.224.9900           Seattle, WA 98101.3122
Facsimile:    206.224.9820           Telephone:   206.623.3300

11                                                 Facsimile:    206.447.6965

12                                               /s/ Sarah Bryan Fask (with permission)
                                             Sarah Bryan Fask, Pennsylvania Attorney

13                                              ID No. 306549
                                             (admitted *pro hac vice*)

14                                              sfask@littler.com

15                                         LITTLER MENDELSON, P.C.
                                        Three Parkway

16                                         1601 Cherry Street, Suite 1400
                                        Philadelphia, PA 19102.1321

17                                         Telephone:   267.402.3000
                                        Facsimile:    267.402.3131

18

19

20

21

22

MOTION FOR VOLUNTARY DISMISSAL - 2
CAUSE NO. 2:24-cv-00160-RSL

5

<u>ORDER</u>

NOW THEREFORE, it is hereby ordered and adjudged that the claims against defendant Tyee Concrete Construction, Inc., and the above-captioned matter are DISMISSED with prejudice and without costs or attorney fees to any parties.

Dated this 1st day of April, 2025.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

MOTION FOR VOLUNTARY DISMISSAL - 3
CAUSE NO. 2:24-cv-00160-RSL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900